UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN D. BOLLENDORF, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 11-7735 |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| Defendant | | |

**O R D E R**

**AND NOW**, this   13th   day of September, 2012, upon independent consideration of the plaintiff's request for review, and the defendant's response thereto, and after review of the thorough and well-reasoned Report & Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. There being no Objections from the defendant, the Report & Recommendation is APPROVED and ADOPTED.

2. The plaintiff's request for review is GRANTED, and the decision of the Commissioner of the Social Security Administration is REVERSED to the extent that the matter is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report & Recommendation.

3. Judgment is entered in favor of the plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

BY THE COURT:


  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.